## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**VERNON DWYER**

     **Plaintiff,**

**v.**                                                 **Case No.   3:11cv337/MCR/CJK**

**OFFICE OF CRIMINAL CONFLICT**
**AND CIVIL REGIONAL COUNSEL, et al.,**

     **Defendants.**

_____/

### ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 30, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The plaintiff's claims are DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim upon which relief may be granted.

3.     The clerk is directed to close the file.

DONE AND ORDERED this 4th day of October, 2012.

s/ *M. Casey Rodgers*
_____
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE